[No. 52002-4-I.   Division One.   June 1, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. CLARENCE JEROME HEARNE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-05783-3, Catherine D. Shaffer, J., entered March 7, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 52024-5-I.   Division One.   June 1, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD D. STUIVENGA, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 94-1-00679-1, Linda C. Krese, J., entered March 11, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 52144-6-I.   Division One.   June 1, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. JEREMY J. SIMMONS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-10167-1, Ronald Kessler, J., entered April 4, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 52167-5-I.   Division One.   June 1, 2004.]

JOSE GUERRERO, ET AL., *Appellants*, v. VICTOR CAPRON, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for San Juan County, No. 02-2-05079-5, Alan R. Hancock, J., entered March 24, 2003. *Affirmed* by unpublished per curiam opinion.